UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENRY EBANKS | CIVIL ACTION NO. 10-01635 |
| VERSUS | SECTION: "A"(3) |
| REEL PIPE, LLC | HON. JAY C. ZAINEY<br>MAG. JUDGE DANIEL E. KNOWLES, III |

### ORDER

Considering the foregoing Joint Motion to Dismiss (Rec. Doc. 13);

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 21st day of December, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

PD.4520066.1